58 F.3d 642
 Sybille G. Wooten, as Administratrix of Estate of Daniel M.
Wooten v. Carol Campbell, Nancy P. Gilbert, Ruth Y. Hicks,
Pat Keating, Jane Doe, No. 1, Jane Doe, No. 2, John Doe, No.
1, John Doe, No. 2, Joanne Gaynor (Two Cases); Sybille G.
Wooten, as Administratrix of Estate of Daniel M. Wooten v.
Douglas G. Greenwell, Johnny
V.
Lewallen, Gerald V. Gouge, Betty Wrights-Robinson, Gail
Ormsby, John Doe No. 1, John Doe No. 2, Jane Doe
No. 1, Jane Doe No. 2 (Two
 NOS. 93-9158, 93-9324
 United States Court of Appeals,
Eleventh Circuit.
 May 31, 1995
 N.D.Ga., 49 F.3d 696
 
 1
 DENIALS OF REHEARING EN BANC.